THOMAS WHITE, Appellant, *v.* THOMAS R. SHARP, Receiver, etc., Respondent.

(Argued October 27, 1884; decided November 25, 1884.)

*Clifford A. H. Bartlett* for appellant.

*Edward E. Sprague* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.